IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-264-AP**

**EDNA CORDOVA,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Defendant's Unopposed Motion for Extension of Time to Answer (doc. #9) and Therefore Withdraw the Unopposed Motion for Remand, is GRANTED. Defendant has up to and including May 20, 2010 to Answer or Otherwise Respond to the Complaint. The Motion for Remand (doc. #8) is deemed WITHDRAWN.

Dated: April 21, 2010