IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-264-AP**

**EDNA CORDOVA,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff shall respond to the Motion to Reopen Case (doc. #15), filed August 9, 2010, on or before August 24, 2010.

Dated: August 10, 2010