IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **10-cv-264-AP**

**EDNA CORDOVA,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER GRANTING MOTION TO REOPEN

Kane, J.

      This matter is before the Court on Defendant's Opposed Motion to Reopen (doc. #15), filed August 16, 2010. I have reviewed the motion, the response and reply. The motion is **GRANTED**. This case was remanded pursuant to sentence six of 42 U.S.C. § 405(g), thus no judgment on the merits issued, and now that the missing record has been located, the case is appropriate for reopening.

      Dated: August 24, 2010.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                JOHN L. KANE, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT