# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-264-AP

EDNA CORDOVA

    Plaintiff,

v.

MICHAEL J ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPERANCES OF COUNEL AND PRO SE PARTIES

For Plaintiff:
Paul Radosevich, #12485
1621 York
Denver, CO.  80206
(303) 377-1300
Attorney for Plaintiff
E-mail: Presq@att.net

For Defendant:

DAVID M. GAOUETTE
United States Attorney

Kevin Thomas Traskos
Deputy Chief, Civil Division
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant U.S. Attorney
Office of the General Counsel
1961 Stout St., Suite 1001A
Denver, CO.  80294
Telephone: (303) 844-0017
Debra.meachum@ssa.gov

### 2. STATEMENT OF LEAGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed: 2/1/2010.
B. Date Complaint Was Served on U.S. Attorney's Office: 2/17/2010.
C. Date Answer and Administrative Record Were Filed: 8/9/2010.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** This case involves no unusual claims
**Defendant states:** This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states:** To the best of his knowledge, there are no other matters.

## 8. BRIEFING SCHEDULE

A. Plaintiff's Opening Brief Due: 10/20/2010.
B. Defendant's Response Brief Due: 11/22/2010.
C. Plaintiff's Reply Brief Due: 12/6/2010.

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.
    B.  **Defendant's Statement:** Oral Argument is not requested.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.  **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.  **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROFF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEYS CLIENT,</u> ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause.</u>**

DATED this 31st day of <u>August,</u> 2010

BY THE COURT:

<u>s/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Paul Radosevich:<br>Paul Radosevich<br>1621 York Street<br>Denver, CO.   80206<br>(303) 377-1300<br>Attorney for Plaintiff<br>E mail: Presq@att.net | DAVID M. GAOUETTE<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Deputy Chief, Civil Division<br>Kevin.traskos@usdoj.gov<br><br>s/Debra Meachum<br>Debra Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO.   80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>Debra.meachum.ssa.gov<br><br><br>Attorneys for Defendant |